UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| DONALD C. HORNSEY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:24-CV-958-NCC |
| | ) | |
| DAVID VANDERGRIFF, | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court upon review of self-represented Petitioner Donald Hornsey's "Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus," received by the Court on July 12, 2024. ECF No. 1. On July 15, 2024, the Court ordered Petitioner to either pay the $5.00 filing fee or submit a motion for leave to proceed *in forma pauperis*. ECF No. 5. On July 29, 2024, Petitioner's $5.00 filing fee payment was received by the Court. ECF No. 7. Now that the fee status issue is resolved, the Court realizes upon close review of the Petition that there appear to be missing attachments. In the section of the Petition for listing the Grounds on which Petitioner seeks review, the document states: "SEE ATTACHED ISSUES." *Id.* at 4-8. However, the Court received no attachments listing the issues on which Petitioner seeks relief. Respondent cannot reply to the Petition without knowing the grounds on which Petitioner seeks relief. As such, the Court will order Petitioner to amend his Petition. The Clerk of Court will be directed to send Petitioner a copy of his original Petition and a blank form for filing an amended petition.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall mail to Petitioner a blank copy of the Court's "Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody" form.

**IT IS FURTHER ORDERED** that the Clerk of Court shall also mail to Petitioner a copy of his original Petition (ECF No. 1).

**IT IS FURTHER ORDERED** that Petitioner shall file an amended petition on the Court-provided form within **thirty (30) days** of the date of this Order. The amended petition should state the grounds on which Petitioner seeks relief.

**IT IS FURTHER ORDERED** that if Petitioner fails to respond to this Order in the time allotted, the Court will assume that he does not wish to proceed in this matter and the case will be dismissed.

Dated this 30th day of October, 2024.

_____
NOELLE C. COLLINS
UNITED STATES MAGISTRATE JUDGE